United States District Court
Eastern District of North Carolina

ANTHONY B. PRICE,
                Plaintiff(s)

      v.                               **Judgment in a Civil Case**

UNKNOWN,
                Defendant(s)              Case Number: 5:08-CT-3084-D

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed as frivolous.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, SEPTEMBER 23, 2008 AND A COPY MAILED TO:

**Anthony B. Price**
0330207
Maury Correctional Institution
P.O. Box 506
Maury, NC 28554

September 23, 2008                                 /s/ DENNIS P. IAVARONE
Date                                                        Clerk

Raleigh, North Carolina